1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  ALLEN R. CROWN
   Deputy Attorney General
6  State Bar No. 56818
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5847
8   Fax: (415) 703-1234
    E-mail:  Allen.Crown@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL DAVID GUTIERREZ,** | C 07-3668 RMW (PR) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

   Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

   EXHIBIT A   Clerk's Transcript (2 vols.), *People v. Gutierrez*, Santa Clara County Case No. CC456850.

   EXHIBIT B   Reporter's Transcript (4 vols.), *People v. Gutierrez*, Santa Clara County Case No. CC456850.

   EXHIBIT C   Appellant's Opening Brief, *People v. Gutierrez*, California Court of Appeal Case No. H028515.

   EXHIBIT D   Respondent's Brief, *People v. Gutierrez*, California Court of Appeal Case No. H028515.

Notice of Lodging Exhibits with Court - *Gutierrez v. Yates*, C 07-3668 RMW (PR)
1

| | | |
|---|---|---|
| 1 | EXHIBIT E | Appellant's Reply Brief, *People v. Gutierrez*, California Court of Appeal Case No. H028515. |
| 2 | EXHIBIT F | Opinion, *People v. Gutierrez*, California Court of Appeal Case No. H028515. |
| 3 | EXHIBIT G | Petition For Review, *People v. Gutierrez*, California Supreme Court Case No. S149143. |
| 4 | EXHIBIT H | Denial Of Review, *People v. Gutierrez*, California Supreme Court Case No. S149143. |

Dated: April 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General

Attorneys for Respondent

Notice of Lodging Exhibits with Court - *Gutierrez v. Yates*, C 07-3668 RMW (PR)