# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Gutierrez v. Yates, Warden**

No.:  **C 07-3668 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>April 14, 2008</u>, I served the attached **NOTICE OF LODGING EXHIBITS WITH COURT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Michael David Gutierrez
V-68887
Pleasant Valley State Prison
Facility A-4-141
P.O. Box 8501
Coalinga, CA  93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 14, 2008, at San Francisco, California.

|  D. Desuyo  |  /s/    D. Desuyo  |
|---|---|
| Declarant | Signature |

40241188.wpd