Michael David Gutierrez
V-68887; Facility A-4-141-L.
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, California, 93210

FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MICHAEL DAVID GUTIERREZ.,

    Petitioner,

vs.

JAMES A. YATES, WARDEN,
DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
COALINGA, CALIFORNIA,

    Respondent.

Case No. C-07-3668 RMW (PR)

NOTICE EX PARTE MOTION OF
DECLARATION OF MICHAEL DAVID
GUTIERREZ, IN SUPPORT OF
REQUEST FOR A COURT ORDER FOR
AN ENLARGEMENT OF TIME TO
FILE PETITIONER'S TRAVERSE
(Civil L.R.6-1,3 & Civil L.R.7-10

## APPLICATION FOR AN ADDITIONAL 90-DAY ENLARGEMENT OF TIME TO FILE PETITIONER'S TRAVERSE

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE HONORABLE PRESIDING JUSTICE DISTRICT JUDGE RONALD M. WHYTE OF THIS COURT AND OR ASSOCIATE JUSTICES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL THE ATTORNEYS IN PARTIES INTEREST:

NOTICE IS HEREBY GIVEN to this above-entitled Court and to all Attorneys in parties interest that I the Petitioner, Michael David Gutierrez, hereby moves this Court for an order requesting for an additional 90-days enlargement of time to file Petitioner's Traverse for the following reasons:

1. April 14, 2008, the Respondent has filed his 13 page complicated Memorandum of Points and Authorities, Citing 23 Case Authorities in support of his Answer and Return Brief to Petitioner's instant Petiton for Writ of Habeas Corpus in which it will take petitioner's fellow prisoner legal assistant this additional 90 days amount of time requested to read and try

1

to comprehend the respondent's entire 13 page answer and return brief and to try to shepherdise petitioner's rebuttal case authorities to the respondent's 13 case authorities, and to try to prepare and file a Ex Parte Motion of a Renewal Application for Reconsideration of appointed Counsel to petitioner's case persuade to (Civil L.R. 44 7-9 & 10 (B), since petitioner is a layman at federal law and lacks the experience to prepare a proper Traverse with Memorandum of Points and Authorities in rebutting the respondent's complex and confusing issues, arguments, as well as his Standard of Review argument under the Antiterrorism and Effective Death Penalty Act and to allow either a skillful appellate attorney or petitioner's fellow prisoner legal assistant this amount of time to prepare and file a proper Traverse with this Court in a competent and adequate fashion so that petitioner's Traverse will be on file on or before August 14, 2008.

 2. Another reason for this amount of time requested is because petitioner and his fellow legal assistant is limited time to the actual law library and limited access to up to date case authorities, which needs to be requested of particular case authorities, which takes two or three weeks to obtain a particular case authorities need to complete attorney work in petitioner's case.

 3. Accordingly, This Court's Order on February 12, 2008, required the respondent's answer and return brief to the Petition with petitioner's option to file his Traverse 30 days thereafter which petitioner's Traverse due date is on or about May 14, 2008.

 4. Petitioner has attempted to read and understand the respondent's reply answer and return brief issues, arguments of Standard of Review under the Antiterrorism and Effective Death Penalty Act in which is confusing to the petitioner since he is a layman at state and federal laws and

does not know how prepare a proper traverse to be filed with this Court.

## CONCLUSION

For all the hereinabove mention reasons, petitioner's declaration, and the factual arguments addressed to this Court all constitutes the granting of petitioner's first request for an Court order for an additional 90 days enlargement of time to file petitioner's Traverse on or before August 14, 2008.

Respectfully submitted,

Michael David Gutierrez
Petitioner
In Pro Se

**ORDER**

Good cause appearing, It is hereby ordered granting Petitioner's motion for an additional 90 days enlargement of time to file his Traverse with this Court on or before August 14, 2008.

Dated:                                    2008.  _____
                                                 District Judge Ronald M. Whyte
                                                 United States District Court

PROOF OF SERVICE BY A STATE PRISONER

**FILED**
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Michael David Gutierrez, declare:

That I am over 18 years of age, and a party/not a party to the above herein cause of action, that I reside at Pleasant Valley State Prison, in South of Fresno California. My mailing address is: V-68887; Facility A-4-141-L.; Pleasanton Valley State Prison, P.O. Box 8501, Coalinga, California, 93210.

On May 13, 2008, I handed to prison officials for mailing, at the above address, on the exact date, the attached: **APPLICATION FOR AN ADDITIONAL 90 DAY ENLARGEMENT OF TIME TO FILE PETITIONER'S TRAVERSE**

In a sealed envelope[s] with postage paid fully paid, addressed to the locations:
(A) Allen R. Crown Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA, 94102-7004.

(B) UNITED STATES DISTRICT COURT NOTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, 280 South Frist Street #2112, San Jose, CA, 95113-3008

(C) 

(D) 

I declare under penalty of perjury that the foregoing is true and correct. Executed this ( 13 ) day of ( May ), 2008 at Coalinga, California.

*/s/ M.D. Gutierrez*
DECLARANT SIGNATURE

Michael David Gutierrez
DECLARANT PRINTED NAME

M. GUTI[...]
PVSP [...]
P.O. Box 8501
Coalinga CA. 93210

United States District [Court]
Nothern District of Califo[rnia]
San Jose Division
280 S. First St. #[...]
San Jose CA. 95113