***E-FILED - 6/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID GUTIERREZ, | ) | No. C 07-3668 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| | ) | (Docket No. 14) |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent. | ) | |

Good cause appearing, plaintiff's request for an extension of time, to and including **September 15, 2008**, in which to file a traverse (docket no. 14) is GRANTED.

IT IS SO ORDERED.

Dated: 6/6/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time
P:\pro-se\sj.rmw\hc.07\Gutierrez668eot

1