RECEIVED
2008 JUL -8 AM 7:51
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

FILED
2008 JUL -8 A 7 51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL DAVID GUTIERREZ,<br><br>Petitioner in Propria Persona,<br><br>vs.<br><br>JAMES A. YATES, WARDEN, DEPARTMENT OF CORRECTIONS, PLEASANT VALLEY STATE PRISON,<br><br>Defendants. | CASE NO. 5:07-CV-03668-RMW<br><br>[PROPOSED] ORDER RE: PETITIONER'S MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS |

On July 14, 2008, the Petitioner's Motion For Permission To Electronically File Documents came on regularly for hearing. After considering all the pleadings and oral argument offered, the Court hereby finds and orders as follows:

1.   Petitioner's Motion For Permission To Electronically File Documents is **GRANTED**.

Dated: _____, 2008    _____
The Honorable Ronald M. Whyte
United States District Judge

ORIGINAL

# DECLARTION OF SERVICE BY U. S. MAIL

*Gutierrez v. Yates*, Case No. C 07-3668 RMW (PR)

I declare:

I am presently incarcerated at. Pleasant Valley State Prison. I am over the age of 18, and a party to the within action. My address is: A-4-141, Box, 8501, Coalinga, California.

On June 23, 2008, I served the foregoing document described as:

**[PROPOSED] ORDER RE: PETITIONER'S MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS**

on the interested parties by U. S. Mail a true copy as follows:

EDMUND G. BROWN JR., Esq.  Attorneys for Respondent
Attorney General of the State of California
DANE R. GILLETTE., Esq.
GERALD A. ENGLER., Esq.
GREGORY A. OTT., Esq.
ALLEN R. CROWN., Esq.
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:   (415) 703-5847
Fax:         (415) 703-1234

[X]   **VIA U.S. MAIL:**

On June 23, 2008, at , California, I deposited the above described document, with the U.S. postal service with postage thereon fully prepaid and addressed to the parties listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on June 23, 2008 at Coalinga, California.

Michael D. Gutierrez
Type or Print Name                        Signature

DECLARATION OF SERVICE BY MAIL