***E-FILED - 7/23/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID GUTIERREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> JAMES A. YATES, ) <br> ) <br> Respondent. ) <br> ) | No. C 07-3668 RMW (PR) <br><br> ORDER GRANTING PETITIONER'S NOTICE OF MOTION AND MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS <br><br> (Docket No. 16) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 8, 2008, petitioner filed a motion, memorandum of points and authorities, and declarations in support of his request for permission to electronically file documents. Based on petitioner's assertions that he can comply with all e-filing requirements, the court GRANTS petitioner's motion for permission to electronically file documents (docket no. 16). Petitioner may also continue to file documents by mail or in person.

IT IS SO ORDERED.

Dated: 7/22/08

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Notice of Motion and Motion for Permission to Electronically File Documents
P:\pro-se\sj.rmw\hc.07\Gutierrez668efile    1