IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID GUTIERREZ, | ) | No. C 07-03668 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

The court having denied the petition for a writ of habeas corpus, judgment is hereby entered in favor of respondent and against petitioner.

IT IS SO ORDERED.

DATED: 7/14/09

RONALD M. WHYTE
United States District Judge

Judgment
G:\PROSEEX1\J Murai\Gutierrez_judgment.wpd

1